UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Ronald Lee Johnson, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | C.A. No. C-04-291 |
| | § | |
| Doug Dretke, Director TDCJ-CID, | § | |
|    Respondent. | § | |

## MEMORANDUM OPINION AND ORDER SUMMARILY DISMISSING PETITIONER'S RULE 60(B) MOTION FOR RELIEF FROM JUDGMENT

On March 21, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 21). Objections were timely filed (D.E. 24). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, petitioner's Rule 60(b) motion (D.E. 19) is summarily dismissed as a successive petition. 28 § 2244(b)(1).

ORDERED this ____8____ day of ____May____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE